*Raleigh T. Barber* and *D. C. McMullen,* for Plaintiff in Error.

*Shackleford, Ivy, Farrior & Shannon,* for Defendant in Error.

Carol R. Vernon, Appellant, v. Carter Armstrong, Appellee.

*Raleigh T. Barber,* for Appellant.

*Shackleford, Ivy, Farrior & Shannon,* for Appellee.

Jim Lee, Plaintiff in Error, v. State of Florida, Defendant in Error.

*Martin & Martin,* for Plaintiff in Error.

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

State, *ex rel.* Keylarney Corporation, *et al.,* Relators, v. H. F. Atkinson, *et al.,* Respondent.

*Shutts & Bowen* and *E. S. Quick,* for Relators.

*Thos. H. Anderson,* for Respondents.

D. R. Crum, *et al.,* Appellants, v. Richard L. Baily, Appellee.